

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-77,695-04

### EX PARTE RUDY ALVARADO GARCIA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-41780-C IN THE 441ST DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of driving while intoxicated and sentenced to forty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Garcia v. State*, No. 11-13–00360-CR (Tex. App.—East land Oct. 8, 2015 (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the trial judge and prosecutor recused themselves and the application was forwarded before the investigation of the claims presented was complete. We remand this application to the trial court to complete its evidentiary investigation and make findings

of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: June 22, 2022
Do not publish